ACCEPTED
06-14-00086-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
1/12/2015 11:56:52 PM
DEBBIE AUTREY
CLERK

## NO. 06-14-00086-CR

| | | | | |
|---|---|---|---|---|
| **STATE OF TEXAS** | § | **IN THE** | FILED IN<br>6th COURT OF APPEALS<br>TEXARKANA, TEXAS |
| | § | | 1/12/2015 11:56:52 PM |
| **VS.** | § | **6th COURT** | DEBBIE AUTREY<br>Clerk |
| | § | | |
| **MARK ANTHONY YOUNG** | § | **OF APPEALS** | |

### MOTION TO MOTION TO WITHDRAW AS COUNSEL

**TO THE HONORABLE JUSTICES OF SAID COURT:**

Now comes Jason A. Duff, Movant, Appellant in the above styled and numbered cause, and moves this Court to grant his Motion to Withdraw as Counsel a, pursuant to Rule 6.5 of the Texas Rules of Appellate Procedure, and for good cause shows the following:

1. Moved is appointed counsel of record Mark Anthony Young.

2. Counsel was unable to find any non-frivolous issues to bring on appeal.

3. Counsel has mailed a copy of the Reporter's Record, Clerks Record, this Motion and Brief in support of motion to withdraw to Appellant by certified mail.

4. Counsel has informed Appellant of his right to file a pro se brief and, or request for extension of time to file a pro se brief.

**WHEREFORE, PREMISES CONSIDERED**, Movant prays that this Court grant this Motion To Withdraw, and for such other and further relief as the Court

may deem appropriate.

Respectfully submitted,

Jason A. Duff
2615 Lee St
Greenville, TX 75403
Tel: 903.455.1991
Fax:903.455.1417


By: _/s/ Jason A. Duff_____
    Jason A. Duff
    State Bar No. 24059696
    E-Mail: jasonaduff@hotmail.com
    Attorney for Mark Anthony Young


## CERTIFICATE OF SERVICE

This is to certify that on January 12, 2014, a true and correct copy of the above and foregoing document was served on the District Attorney's Office, Hunt County, by electronic delivery.


_/s/ Jason A. Duff_____
Jason A. Duff